IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01665-WYD-BNB

DONTRELL LATTIN, and
KRYSTAL HUERTA,

Plaintiffs,

v.

INV. ANTHONY ULASZEK, and
INV. TODD REVIOUS,

Defendants.

_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit on or before **September 17, 2010**, a revised proposed final pretrial order, modified as discussed at the final pretrial conference this morning.

Dated August 20, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge